IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUMAH THOMAS ALI-MOORE,

    Plaintiff,

v.

O. MACHADO, et al.,

    Defendants.

No. C 07-00284 SBA (PR)

**ORDER GRANTING DEFENDANTS' MOTION TO SCREEN COMPLAINT PURSUANT TO 28 U.S.C. § 1915A**

    Plaintiff, a state prisoner, filed this action as a civil action in the Monterey County Superior Court, Ali-Moore v. Machado, et al., M81641.

    Defendants have removed the action to this Court pursuant to 28 U.S.C. § 1441(b). Defendants, who are represented by the State Attorney General's Office,[1] have filed a motion asking the Court to screen the complaint under 28 U.S.C. § 1915A.

    Plaintiff has filed an objection to the removal of this action from state court. Cases brought under 42 U.S.C. § 1983, as this one is, may properly be brought in either state or federal court. See Patsy v. Board of Regents of Florida, 457 U.S. 496, 506-07 (1982). However, a defendant may remove to the appropriate federal district court "any civil action brought in a state court of which the

---

[1] Deputy Attorney General Sara Ugaz represents and has acknowledged service on behalf of Defendants Machado, Thacker, Godinez, Evans, Selby, Sullivan, Negron, Medina, Dane and Woodford. Although there are others who are named as Defendants, counsel states that to her knowledge none of them have been served.

district courts of the United States have original jurisdiction." <u>Chicago v. Int'l College of Surgeons</u>, 522 U.S. 156, 163 (1997) (quoting 28 U.S.C. § 1441(a)). The propriety of removal thus depends on whether the case originally could have been filed in federal court. <u>See id.</u> Removal does not require court action, but rather is effective upon the defendant's filing of a notice of removal. <u>See</u> 28 U.S.C. § 1446(d). Therefore, Plaintiff's objections have no merit. Because this case is filed by a prisoner, the Court must engage in a preliminary screening of the complaint.

Accordingly, Defendants' motion to screen the complaint (docket no. 2) is GRANTED. The Court will conduct its initial review of the complaint pursuant to 28 U.S.C. § 1915A in a separate written Order.

This Order terminates Docket no. 2.

IT IS SO ORDERED.

DATED: September 28, 2007

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Moore0284.GRANTscreen.wpd    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUMAH THOMAS ALI-MOORE,

        Plaintiff,

v.

O.MACHADO et al,

        Defendant.

Case Number: CV07-00284 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jumah Thomas Ali-Moore D-62389
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: October 2, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Moore0284.GRANTscreen.wpd