**United States District Court**
For the Northern District of California

1

2

3    IN THE UNITED STATES DISTRICT COURT

     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    JUMAH THOMAS ALI-MOORE,                          No. C 07-0284 SBA (pr)

                  Plaintiff,
6                                                     **ORDER ADDRESSING
       v.                                            PENDING MOTION**
7
     O. MACHADO, et al.,                             (Docket no. 21)
8
                  Defendants.
9    _____/

10          Plaintiff, a state prisoner, filed this action as a civil action in the Monterey County Superior

11   Court, Ali-Moore v. Machado, et al., M81641.

12          Defendants have removed the action to this Court pursuant to 28 U.S.C. § 1441(b).

13          Before the Court is Plaintiff's "Amended Motion for Order for Clerk of the Court to Issue

14   Summons and the United States Marshal to Serve Process of Summons and Complaint Upon the

15   Defendants" (docket no. 21).  The motion is DENIED as premature.

16          The Court will review Plaintiff's complaint and serve Defendants in a separate written Order.

17   This Order terminates Docket no. 21.

18          IT IS SO ORDERED.

19   DATED: September 30, 2009               _____
                                            SAUNDRA BROWN ARMSTRONG
20                                          United States District Judge

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.07\Moore0284.Summons.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUMAH THOMAS ALI-MOORE,

        Plaintiff,

  v.

O.MACHADO et al,

        Defendant.

———————————————————/

Case Number: CV07-00284 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jumah Thomas Ali-Moore D-62389
California Medical Facility-Vacaville
P.O. Box 2000
Vacaville,  CA 95676

Dated: October 14, 2009

                           Richard W. Wieking, Clerk
                           By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUMAH THOMAS ALI-MOORE,                          No. C 07-0284 SBA (pr)

        Plaintiff,

  v.                                                                  **ORDER ADDRESSING**
                                       **PENDING MOTION**

O. MACHADO, et al.,                                       (Docket no. 21)

        Defendants.
_____/

     Plaintiff, a state prisoner, filed this action as a civil action in the Monterey County Superior Court, <u>Ali-Moore v. Machado, et al.</u>, M81641.

     Defendants have removed the action to this Court pursuant to 28 U.S.C. § 1441(b).

     Before the Court is Plaintiff's "Amended Motion for Order for Clerk of the Court to Issue Summons and the United States Marshal to Serve Process of Summons and Complaint Upon the Defendants" (docket no. 21). The motion is DENIED as premature.

     The Court will review Plaintiff's complaint and serve Defendants in a separate written Order. This Order terminates Docket no. 21.

     IT IS SO ORDERED.

DATED: September 30, 2009                    _____
                                   SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

**United States District Court**
For the Northern District of California

1
2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   JUMAH THOMAS ALI-MOORE,

5              Plaintiff,                    Case Number: CV07-00284 SBA

6       v.                                   **CERTIFICATE OF SERVICE**

7   O.MACHADO et al,

8              Defendant.
                                        /
9   ————————————————————————

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
11  Court, Northern District of California.

12  That on October 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
13  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

14

15

16  Jumah Thomas Ali-Moore D-62389
    California Medical Facility-Vacaville
17  P.O. Box 2000
    Vacaville,  CA 95676
18

19  Dated: October 14, 2009

20                                      Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk
21

22

23

24

25

26

27

28